CRIMINAL CAUSE FOR SENTENCE
**BEFORE JUDGE**:   BROWN, USDJ         **DATE:** 7/12/2022 46 minutes
**DOCKET No.** CR- 16-403 (GRB)

**DEFENDANT:**   Eduardo Portillo      **DEF. #26**
Present in custody

**FILED
CLERK**
3:10 pm, Jul 12, 2022
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENSE COUNSEL:** Matthew Bisseden
CJA Appointment

**A.U.S.A.**:    Justina Geraci, Megan Farrell, Paul Scotti
INTERPRETER:   [Maya Gray] -- [Spanish]
PROBATION OFFICER/PRETRIAL:   Lisa Langone
COURT REPORTER/FTR LOG:  Mary Ann Steiger          MAGISTRATE DEPUTY: KM

☐   The Rule 11 proceedings were referred to Magistrate Judge __.  The Court reviewed the transcript prior to sentence and adopts the Report and Recommendation on the record.

**SENTENCE HEARING HELD ON COUNT(S):** Count 1 of an 89-count Seventh Superseding Indictment

☒   Victims and/or witnesses not present
        Testimony heard from:
☐   Changes to Guidelines as follows:
☒   Hearing not requested.
☒   Statements heard from defendant, defense counsel and government

**IMPRISONMENT:**
☒   The defendant is sentenced to:  **300 months with credit for time served.**
☒   To be followed by   **5 years**   Of supervised release.
☒   Special conditions of supervised release are as follows: See judgment
☐   The defendant is remanded to the custody of the US Marshal.
☐   The defendant shall surrender
☐   The court makes the following recommendation to the Bureau of Prisons:

**PROBATION:**
☐   The defendant is sentenced to:
☐   Special conditions of probation:

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**
☐   The defendant is ordered to pay a fine in the sum of:  $
☐   The fine is payable:
☒   The fine is waived based on the defendant's inability to pay.

| | |
|---|---|
| ☐ | Restitution is ordered:_. |
| ☒ | Special assessment in imposed in the sum of:   $__100.00 |
| ☒ | The Govt. moves to dismiss the open counts.  _x_ Motion Granted.  _ Motion denied. |
| ☒ | The defendant is advised of his right to appeal. |
| ☒ | Other: |