

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

August 5, 2022

By ECF

The Honorable Gary R. Brown
United States District Judge
United States Courthouse
610 Federal Plaza
Central Islip, NY 11722

    Re:    *United States v. Enrique Portillo,* 16 Cr. 403 (GRB)

Dear Judge Brown:

    I write with the consent of the government to respectfully request a six-week adjournment of the status conference, currently scheduled for August 12, 2022. The government notified us yesterday that it has submitted its recommendation to the Capital Case Unit and expects to have a decision on or before the next appearance. Given the parties' ongoing dialogue, we consent to the exclusion of speedy trial time until the adjournment date.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    /s/

                                  Deborah Colson
                                  (917) 543-6490 (cell)

cc:    AUSA Justina Geraci
        AUSA John Durham
        AUSA Paul Scotti