

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JLG
F. #2016R01021

*610 Federal Plaza*
*Central Islip, New York 11722*

August 29, 2022

By ECF

The Honorable Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Enrique Portillo,
       Criminal Docket No. 16-403 (S-7)(GRB)

Dear Judge Brown:

  We write on behalf of the government in the above-captioned matter, to respectfully apprise the Court that the Department of Justice has authorized and directed the United States Attorney's Office for the Eastern District of New York not to seek the death penalty against defendant Enrique Portillo.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By: /s/ Justina L. Geraci
            John J. Durham
            Paul G. Scotti
            Justina L. Geraci
            Megan E. Farrell
            Assistant U.S. Attorneys
            (631) 715-7900

cc: Deborah Colson, Esq. (by ECF)
   David Stern, Esq. (by ECF)