

**U.S. Department of Justice**

United States Attorney
Eastern District of New York

JLG/PGS/MEF
F. #2016R01021

610 Federal Plaza
Central Islip, New York 11722

January 3, 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 04 2023 ★

LONG ISLAND OFFICE

By Hand and ECF

The Honorable Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Alexi Saenz and Jairo Saenz
      Criminal Docket No. 16-403 (S-8) (GRB)

Dear Judge Brown:

   The government respectfully writes to request that the enclosed stipulation concerning the production of highly confidential and highly sensitive material to the defense be so ordered by the Court. The proposed stipulation and order, which has been signed by the parties, is respectfully enclosed for the Court's consideration.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

      By: _____/s/_____
         Justina L. Geraci
         Paul G. Scotti
         Megan E. Farrell
         Assistant U.S. Attorneys
         (631) 715-7835/-7836/-7862

cc: All Defense Counsel (By E-mail)