

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEF
F. #2016R01021

610 Federal Plaza
Central Islip, New York 11722

June 22, 2023

By ECF
Honorable Gary R. Brown
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Jairo Saenz, et al.
                Criminal Docket No. 16-403 (S-8) (GRB)

Dear Judge Brown:

      On June 16, 2023, the defendant filed a motion for an order permitting a pretrial deposition of Rolando Saenz pursuant to Federal Rule of Criminal Procedure 15 (ECF No. 2363). On June 21, 2023, the Court ordered the government to respond forthwith. The government respectfully submits this letter in response to that Order, and it hereby notes that, without waiving any objections to the admissibility of the testimony or evidence obtained therefrom, the government does not object to the defendant's request for an order permitting a pretrial deposition of Rolando Saenz.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Megan E. Farrell
      Paul G. Scotti
      Justina L. Geraci
      Megan E. Farrell
      Assistant U.S. Attorneys
      (631) 715-7836/7835/7862