**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| FRANKLIN A. ROTHMAN | Tel: (212) 571-5500 |
| JEREMY SCHNEIDER | Fax: (212) 571-5507 |
| ROBERT A. SOLOWAY | |
| DAVID STERN | |
| ———— | |
| RACHEL PERILLO | |

July 5, 2023

Hon. Gary R. Brown
United States Circuit Judge
United States Courthouse
100 Federal Plaza
Courtroom 940
Central Islip, New York 11722

        Re:  United States v. Amaya Sanchez et. al.
             ***including Enrique Portillo***
             <u>16 Cr. 403 (GRB)</u>

Dear Judge Brown:

    Deborah Colson and I represent Enrique Portillo in the above-referenced matter. I write with the consent of the government by Justina Geraci, to respectfully request an adjournment of at least 30 days from June 30th, 2023 as we continue plea preparations and scheduling with the Court.

    Mr. Portillo consents to the exclusion of time under the Speedy Trial Act until the adjournment date.

    Thank you for your attention to this matter.

                                       Respectfully submitted,

                                       /s/

                                     David Stern